IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CARLOS MOORE,

    Petitioner,

v.                                           CASE NO. 4:14cv420-RH/CAS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER FOR TRANSFER

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  The clerk's office received from the petitioner, after entry of the report and recommendation, a memorandum addressing the merits, but the memorandum was prepared before, and did not respond to, the report and recommendation.  The petitioner has filed no objections to the report and recommendation.  The report and recommendation is correct and is adopted as the court's opinion.  Accordingly,

    IT IS ORDERED:

The report and recommendation is accepted. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on September 24, 2014.

s/Robert L. Hinkle  
United States District Judge